**People of the State of Illinois, Plaintiff-Appellee, v. Charles Bibbs, Defendant-Appellant.**

**Gen. No. 51,316.** 

First District, Second Division.

October 11, 1966.

Alan M. Kahn, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Ronald Sandler, of counsel), for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**